UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANGELA THIGPEN,

                Plaintiff,

          -against-

LOCAL 807 LABOR MANAGEMENT
PENSION FUND; AND CAROL WEST FALL,
ADMINISTRATOR,

                Defendants.

19-CV-10518 (LLS)

CIVIL JUDGMENT

---

    Pursuant to the order issued April 14, 2020, dismissing the complaint,

    IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii).

    IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

    Chambers will mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   April 14, 2020
          New York, New York

                                                  *Louis L. Stanton*
                                                  Louis L. Stanton
                                                      U.S.D.J.